# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:12-MJ-153-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REGINALD ANTHONY HUNTER, ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Continue Time Period For Filing Indictment Pursuant To 18 U.S. Code Section 3161" (Document No. 7) filed by the Defendant, Reginald Anthony Hunter, on May 11, 2012. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that the "Motion To Continue Time Period For Filing Indictment Pursuant To 18 U.S. Code Section 3161" (Document No. 7) is hereby **GRANTED**.

Signed: May 14, 2012

David C. Keesler
United States Magistrate Judge